**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ROBERT F. SINEGAL**                                    **DOCKET NO. 6:25-cv-0706**

**VERSUS**                                              **JUDGE JAMES D. CAIN, JR.**

**USA, ET AL**                                          **MAGISTRATE JUDGE AYO**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions be denied as moot.

**THUS DONE AND SIGNED** in chambers this 10th day of November, 2025.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**